**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Isaac Auman Sant, et al.,

Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

The Government moves for a continuance of the motion hearing on Defendants' discovery motion set for August 27, 2026, because "[o]nly one noticed Counsel for the United States is currently available for the hearing docketed for August 27, 2026." Dkt. No. 226 at 1. The Government does not explain why more than one counsel for the Government is necessary for this hearing. Nor does it explain why other counsel are unavailable.

**IT IS HEREBY ORDERED:** The Government's Motion for Continuance of Hearing (Dkt. No. 226) is **DENIED**.

Dated: August 24, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge